966

No. 94–5019.  EHI v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–5032.  WHITEHEAD v. GREER ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 94–5042.  WITHERSPOON v. UNITED STATES; and
No. 94–5412.  SMALLS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–5180.  FONTENOT v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–5201.  WHALEN v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 94–5214.  WILLIAMS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 94–5222.  EATON v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 94–5235.  PARSONS v. BARNES, WARDEN.  Sup. Ct. Utah. Certiorari denied.

No. 94–5265.  EARHART v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 94–5294.  TREVINO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–5319.  CLARK v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–5334.  CRANE v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 94–5342.  BLANCHARD v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 94–5354.  OVERLY v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.  C. A. 9th Cir.  Certiorari denied.